KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

RITHOLZ LEVY SANDERS CHIDEKEL & FIELDS LLP
JEFF SANDERS (NY SBN 2696664) (*Pro Hac Vice*)
  jsanders@rlscf.com
JUSTIN LEITNER (NY SBN 4496014) (*Pro Hac Vice*)
  jleitner@rlscf.com
235 Park Avenue South, 3rd Floor
New York, New York 10003
Telephone: 212.448.1800
Facsimile: 212.505.9553

ATTORNEYS FOR PLAINTIFF NICHOLAS JARECKI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS JARECKI,<br><br>   Plaintiff,<br><br>   vs.<br><br>MICHAEL OHOVEN and INFINITY MEDIA, INC.,<br><br>   Defendants. | Case No. 2:11-CV-05353 GAF (JEMx)<br><br>**JUDGMENT & ORDER** |

Having GRANTED the Motion for Summary Judgment of Plaintiff Nicholas Jarecki, and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The Court enters judgment in favor of Plaintiff Nicholas Jarecki ("Plaintiff") and against Defendants Michael Ohoven and Infinity Media, Inc. on Plaintiff's Complaint in its entirety as set forth below;

2. The Court hereby enters a declaratory judgment that:

(a) Neither Defendant is a co-author or a co-owner of, and neither owns any copyright rights in or to, that written dramatic work entitled *Arbitrage* issued a copyright registration by the United States Copyright Office under Registration Number PAu003543850 (the "Screenplay");

(b) Neither Defendant is a co-author or co-owner of, and neither owns any derivative work based on, the Screenplay, including, without limitation, the motion picture based on the Screenplay also entitled *Arbitrage* (the "Picture");

3. Plaintiff shall be entitled to make an application for recovery of attorneys' fees and costs within the time prescribed by Rule 54(d), and this Judgment will be amended upon the award to Plaintiff, if any, of fees and/or costs.

Dated: August 30, 2011

_____
Honorable Gary A. Feess
United States District Judge