KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

     - and-

RITHOLZ LEVY SANDERS CHIDEKEL & FIELDS LLP
JEFF SANDERS (NY SBN 2696664)   (*Pro Hac Vice*)
  jsanders@rlscf.com
JUSTIN LEITNER (NY SBN 4496014) (*Pro Hac Vice*)
  jleitner@rlscf.com
 235 Park Avenue South, 3rd Floor
New York, New York 10003
Telephone: 212.448.1800
Facsimile: 212.505.9553

ATTORNEYS FOR PLAINTIFF NICHOLAS JARECKI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS JARECKI,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL OHOVEN and INFINITY MEDIA, INC.,<br><br>        Defendants. | Case No. 2:11-CV-05353 GAF (JEMx)<br><br>**[Proposed] Order** |

Based on the Stipulation of all parties submitted herewith:

1. Plaintiff Nicholas Jarecki's motion (Docket No. 86) for an award of fees and costs as against defendants Michael Ohoven and Infinity Media, Inc. pursuant to 17 U.S.C. § 505 and Rule 54(d) of the Federal Rules of Civil Procedure is hereby deemed withdrawn, with prejudice;

2. Defendant Michael Ohoven's motion (Docket No. 90) pursuant to Rules 60(b)(1) and 60(b)(6) of the Federal Rules of Civil Procedure for relief from the Court's Order of August 18, 2011 (Docket No. 80) and Judgment thereon (Docket No. 86) is hereby deemed withdrawn, with prejudice; and

3. The hearing on those motions currently set for November 14, 2011 are hereby vacated.

4. The Judgment entered in this case on August 30, 2011 is final and the parties have agreed not to appeal any aspect of the same.

**IT IS SO ORDERED.**

Dated: November 7, 2011

HON. GARY A. FEES
UNITED STATES DISTRICT JUDGE

2